# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW LEWIS VALENTINE, | : | |
|                  Plaintiff | : | CIVIL ACTION |
| v. | : | No. 18-cv-4733 |
| | : | |
| JOSEPH M. LYNCH, *et al.*, | : | |
|                  Defendants | : | |

## ORDER

This 4th day of June, 2019, upon consideration of Plaintiff's Second Amended Complaint (ECF No. 13) and Defendants' Motions to Dismiss (ECF Nos. 23, 25), it is hereby **ORDERED** that the Motions are **GRANTED**. The Complaint is **DISMISSED**, with prejudice.

                                                                                            /s/ Gerald Austin McHugh
                                                                                      Gerald Austin McHugh
                                                                                      United States District Judge